IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 6:20-766 |
| | ) | 18 U.S.C. § 2261A(2)(B) |
| vs. | ) | 18 U.S.C. § 2251(a) |
| | ) | |
| BRIAN TYLER REID | ) | |
| | | INDICTMENT |

## COUNT 1

THE GRAND JURY CHARGES:

That beginning in or about the summer of 2018, the exact date being unknown to the Grand Jury, and continuing through in or about the summer of 2020, in the District of South Carolina and elsewhere, the defendant, BRIAN TYLER REID, with the intent to harass and intimidate a person, known as "Minor Victim 1" to the Grand Jury, used the mail, an interactive computer service, electronic communication service, an electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that caused, and would be reasonably expected to cause, substantial emotional distress to "Minor Victim 1."

In violation of Title 18, United States Code, Section 2261A(2)(B).

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

In or about the spring of 2020, in the District of South Carolina and elsewhere, the defendant, BRIAN TYLER REID, did attempt to employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct (as defined in 18 U.S.C. § 2256(2)) for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in interstate commerce; which visual depiction

was produced using materials that had been mailed, shipped, and transported in interstate commerce; and which visual depiction was transported in interstate commerce.

All in violation of Title 18, United States Code, Section 2251(a).

A **TRUE** Bill

FOREPERSON

_____
PETER M. MCCOY, JR.    (WJW/jal)
UNITED STATES ATTORNEY