RECORD OF GRAND JURY BALLOT

C/ 6:20-766

THE UNITED STATES OF AMERICA v. BRIAN TYLER REID

(SEALED UNTIL FURTHER ORDER OF THE COURT)

RECEIVED
USDC CLERK, GREENVILLE, SC
2020 DEC -9 AM 9:24